Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
JOHNNIE BUSTER COOPER

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JOHNNIE BUSTER COOPER,<br><br>    Plaintiff,<br><br>v.<br><br>LAW OFFICE OF HARRIS & ZIDE, a general partnership, and FLINT COREY ZIDE, individually and in his official capacity,<br><br>    Defendants. | Case No. 5:13-CV-00142-PSG<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1) |

COMES NOW the Plaintiff, JOHNNIE BUSTER COOPER, by and through his attorney Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, JOHNNIE BUSTER COOPER, hereby dismisses, with prejudice, all claims made by him against Defendants, LAW OFFICE OF HARRIS & ZIDE and FLINT COREY ZIDE, in his Complaint filed herein on January 10, 2013. Plaintiff further notifies the Court that his dispute with Defendants has been settled.

Dated:  May 23, 2013              /s/ Fred W. Schwinn
                                  Fred W. Schwinn, Esq.
                                  Attorney for Plaintiff
                                  JOHNNIE BUSTER COOPER